IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PAMELA ANN HOLT,** *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-3020-L** |
| | § | |
| **DEUTSCHE BANK NATIONAL** | § | |
| **TRUST CO.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is Defendant/Counter-Plaintiff's Motion for Award of Attorney's Fees (Doc. 30), filed June 26, 2015, by Defendant Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006 ("Deutsche Bank"). On November 23, 2015, Magistrate Judge Paul D. Stickney entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court grant Deutsche Bank's motion. No objections to the Report were filed.

After reviewing the motion, file, Report, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, in accordance with the magistrate judge's recommendation, the court **grants** Defendant/Counter-Plaintiff's Motion for Award of Attorney's Fees (Doc. 30) and **awards** Deutsche Bank **$5,889** in reasonable attorney's fees and **$426.50** for costs, or a total award of **$6,315.50** for reasonable attorney's fees and costs.

**It is so ordered** this 24th day of February, 2016.

_____
Sam A. Lindsay
United States District Judge